835 F.2d 284
 Pratt (Raymond D.)
v.
Thornburg (Richard M.), Commonwealth of Pennsylvania,
Department of Public Welfare, O'Bannon (Helen B.), O'Donnell
(Harry), Weiss (Al), Lescalette, Kelly (Bernard), Doe
(John, I, II), Slipakoff (Stanley), State Civil Service
Commission, Barnes (Mary D.), Barnett (Ethal S.), Bryant
(Fred E.), State Workmen's Insurance Fund (SWIF), Porocca,
Marion (Edward), 'Tess', Arrison (R.), Kaplan (P.A.),
Richard, SWIF, Delvore (R.), Knight (Warren), Birbeck (Marie),
 NO. 87-1316
 United States Court of Appeals,
Third Circuit.
 NOV 18, 1987
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 AFFIRMED.